■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND GRIFFITH, Appellant. [614 NYS2d 212] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered November 19, 1990, convicting him of intimidating a witness in the third degree and

criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have considered the defendant's remaining contentions and find them to be either unpreserved for appellate review *(see,* CPL 470.05 [2]) or harmless beyond a reasonable doubt *(see, People v Crimmins,* 36 NY2d 230, 241-242). Balletta, J. P., Miller, Lawrence and Goldstein, JJ., concur.